IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JOHNNY P. PIKE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 5:10-CV-15 (HL) |
| | : | |
| **GEORGIA DEPARTMENT OF CORRECTIONS, Dr. N. W. CHISM, Dr. IKECHUKWU AKUNWANNE, and Dr. DWAYNE AYERS,** | : : : : | |
| | : | |
| Defendants. | : | |
| _____ | | |

**ORDER**

This matter is before the Court on the Recommendation of United States Magistrate Judge Claude W. Hicks Jr., entered on January 20, 2010 (Doc. 5). The Magistrate Judge has recommended that the Georgia Department of Corrections be dismissed from this action. Plaintiff has filed an Objection (Doc. 7) to the Recommendation.

After making a *de novo* review of the Recommendation and considering the Objection, the Court finds that the Objection has no merit. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Georgia Department of Corrections is dismissed from this action. The case shall proceed against the remaining Defendants.

**SO ORDERED**, this the 4th day of March, 2010.

*s/ Hugh Lawson*

**HUGH LAWSON, SENIOR JUDGE**

mbh