# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOHNNY P. PIKE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-15 (MTT) |
| N.W. CHISM, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 35) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge recommends granting both the Motion to Dismiss filed by Defendants Dr. Ikechukwu Akunwanne and Dr. Dwayne Ayers (Doc. 12) and the Motion to Dismiss filed by Defendant Dr. N.W. Chism (Doc. 25) because the Plaintiff's Complaint (Doc. 1) fails to state a claim of medical deliberate indifference in violation of the Eighth or Fourteenth Amendment. The Plaintiff has filed an Objection to the Recommendation (Doc. 36). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this

Court. The Defendants' Motions to Dismiss (Doc. 12 & Doc. 25) are **GRANTED**, and this action is **dismissed**.

    **SO ORDERED,** this 24th day of February, 2011.

                                                      S/ Marc T. Treadwell  
                                                      MARC T. TREADWELL, JUDGE  
                                                      UNITED STATES DISTRICT COURT